Collateral Account: 140526
20230810-015192
**Vilacha & DeMille**
**Stephen G. Sobocinski, Esquire- Attorney ID: 018161993**
**50 Lake Center Drive**
**Suite 410**
**Marlton, NJ 08053**
**856-778-3220**
Attorneys for Defendants, Coppotelli Enterprises, Inc. and Rob Coppotelli

| | |
|---|---|
| ANTON MICHELS and PATRICIA RAINE, H/W, <br><br> Plaintiffs, <br><br> vs. <br><br> COPPOTELLI ENTERPRISES, INC; ROB COPPOTELLI, INDIVIDUALLY; and/or JOHN/JANE DOES 1-10, <br><br> Defendants. | **SUPERIOR COURT OF NEW JERSEY** <br> **LAW DIVISION** <br> **CAMDEN COUNTY** <br><br> **DOCKET NO. 3:23-cv-00152-GC-RLS** <br><br> **CIVIL ACTION** <br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

The matters in dispute between the parties hereto having been amicably adjusted between them;

It is hereby stipulated and agreed, by and between counsel for plaintiffs and defendants, that this action be dismissed with prejudice and without costs.

Javerbaum Wurgaft Hicks Kahn
   Wikstrom & Sinins
Attorneys for Plaintiff

/s/ *Michael A. Galpern*

_____
Michael A. Galpern, Esquire

Dated: 6/17/2025

The Clerk of the Court is directed to **CLOSE** this case.

Vilacha & DeMille
Attorneys for Coppotelli Enterprises and
Rob Coppotelli

*Stephen Sobocinski*

_____
Stephen G. Sobocinski, Esquire

It Is so ordered this 9th day
of July , 20 25

*Georgette Castner*
**Georgette Castner, U.S.D.J.**